JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| HENRY JAMES HOLMES, | No. ED CV 22-01102-DOC (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| ROBERT FORMAN et al., | |
| Defendants. | |

Pursuant to the Order of Dismissal,

IT IS HEREBY ADJUDGED that this action is dismissed.

Date: January 19, 2023

David O. Carter
_____
DAVID O. CARTER
United States District Judge